# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**MATTHEW L. BROWN**  
**CHIEF PROBATION OFFICER**

PROBATION OFFICE

The Atrium, 2 Clinton Square, Suite 370  
P.O. Box 7035  
Syracuse, New York 13261-7035  
(315) 234-8700  
Fax (315) 234-8701

March 15, 2013

**UNITED STATES OF AMERICA**

-v-

**David Renz**

HONORABLE ANDREW T. BAXTER  
NORTHERN DISTRICT OF NEW YORK

                              **DECLARATION**  
                              **5:13-MJ-009 (ATB)**  
                              **REQUEST: WARRANT**

Steven A. Acquilano declares that he is a United States Probation Officer and that:

On January 9, 2013, the defendant appeared before U.S. Magistrate Judge Andrew T. Baxter for an initial appearance subsequent to his arrest for Receipt and Possession of Child Pornography that traveled through interstate commerce. The defendant was released to pretrial supervision on January 11, 2013.

Upon release from detention, Renz assumed residence with his mother. He lost his employment at Wegmans and remains unemployed. Per court order, Renz was placed on electronic monitoring.

On March 14, 2013, the defendant removed the electronic monitoring ankle bracelet without permission.

| Condition Number | Nature of Noncompliance |
|---|---|
| (u) | **Participate in one of the following: home confinement components and abide by all of the requirements.** |
| | On March 14, 2013, Renz removed the electronic monitoring ankle bracelet without permission of the Court or the U.S. Probation Office. |

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  _____
Lori Albright                                         Steven A. Acquilano
Supervising U.S. Probation Officer          U.S. Probation Officer

Date: March 15, 2013


THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant This petition and all documents attached hereto are SEALED until such time as the warrant generated by this petition is returned executed.
      The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.
[ ]   The Issuance of a Summons
[ ]   Other

Date: March 15, 2013

_____
**Hon. Andrew T. Baxter**
**U.S. Magistrate Judge**