# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 5:13-MJ-0009 |
| | ) | |
| DAVID J. RENZ, | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ( x ) Ad Prosequendum, ( ) Ad Testificandum

1. Name of detainee:  David J. Renz
2. AKA(s) (if applicable):
3. Prisoner ID # (if applicable):
4. Detained by:  Onondaga County Justice Center
Syracuse, NY

5. Detainee is:  A:  (X ) charged in this District by:
( ) Indictment
( ) Information
( ) Complaint
( x ) Violation of Pretrial Release
B:  ( ) a witness not otherwise available by the ordinary
process of the Court.

6. Appearance is necessary on March 15, 2013 at 4:00 pm in Syracuse, NY.

AUSA Lisa M. Fletcher

## WRIT OF HABEAS CORPUS

( x ) Ad Prosequendum  ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the U.S. Marshal Service, for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this case.

**Date Signed:** March 15, 2013

**United States Magistrate Judge**

------------------------------------------------------------

### RETURN OF SERVICE

Executed on _____ by _____

_____ **(Signature)**

Writ form 5/20/96