UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------x
UNITED STATES OF AMERICA

vs.                              13-mj-9

DAVID J. RENZ,

                            Defendant.
-------------------------------------------x

              Transcript of *Detention Hearing* held on

January 11, 2013, at the James Hanley Federal Building,

100 South Clinton Street, Syracuse, New York, the

HONORABLE ANDREW T. BAXTER., United States

Magistrate Judge, Presiding.


                    A P P E A R A N C E S

For Government:        OFFICE OF THE UNITED STATES ATTORNEY
                       P.O. Box 7198
                       100 South Clinton Street
                       Syracuse, New York  13261-7198
                         BY:  TAMARA THOMSON,
                              Assistant U.S. Attorney

For Defendant:         OFFICE OF THE FEDERAL PUBLIC DEFENDER
                       The Clinton Exchange
                       4 Clinton Square
                       Syracuse, New York 13202
                         BY:  JAMES F. GREENWALD, ESQ.

                    *Eileen McDonough, RPR, CRR*
                    *Official U.S. Court Reporter*
                      *100 S. Clinton Street*
                    *Syracuse, New York 13260*
                        *(315)234-8546*

1          THE CLERK:  Case is United States of America

2    versus David J. Renz; 13-mj-9.  Counsel, please note your

3    appearance for the record.

4          MS. THOMSON:  Tamara Thomson on behalf of the

5    United States.

6          MR. GREENWALD:  James Greenwald for David

7    Renz.

8          THE COURT:  Ms. Thomson, I understand from our

9    conference that the government's position with respect to

10   detention has changed in light of the Pretrial Services

11   report.

12         MS. THOMSON:  That's correct, Your Honor.

13         THE COURT:  So, Mr. Renz, notwithstanding the

14   very serious nature of the charges that you're facing and

15   what we have learned about your juvenile record, the

16   government is prepared to agree to your condition of release,

17   and I'm going to follow that recommendation and the

18   recommendation of Pretrial Services.

19         But I want you to understand that we are going

20   to set some very strict conditions with respect particularly

21   to your use of the computer and your contact with minors.

22   And I am just very, very serious that I am going to tolerate

23   no departures from those conditions, because the Court,

24   frankly, has concerns about your release, and so you need to

25   make sure you take these conditions very seriously and that

1    you don't do anything, in spite of your obvious skills with

2    computers, to try to get around those conditions.  All right?

3                So, the first thing you need to understand is

4    that you're going to be supervised by a Pretrial Services

5    officer.  That officer is there both to make sure that you

6    succeed on the conditions of your pretrial release, but also

7    to hold you accountable to those conditions.  So, it is

8    critically important that you cooperate fully with your

9    Pretrial Services officer.

10                Secondly, you're going I think -- you expect

11   to lose your job at Wegmans and, frankly, given the number of

12   minors who work at Wegmans, I don't think that's a good place

13   for you to work, but you'll need to look for alternative

14   employment.  And consult with Pretrial Services so they have

15   some input and have a comfort level that the job that you

16   find is consistent with the conditions of release and

17   minimizes any unsupervised contact with minors.

18                You'll need to surrender your passport to the

19   Clerk of the Court and not obtain a substitute passport.

20   Your travel will be restricted to the Northern District of

21   New York, which is a 32 county area in Upstate and Northern

22   New York going as far as Albany and some of the counties

23   south of Albany to Auburn, not as far as Rochester or

24   Buffalo.  You'll get a little map that shows those counties.

25   If you have any reason that you need to travel beyond those

1   confines, you need to check with Pretrial Services first or

2   have your attorney make a request to the Court to permit

3   travel.

4                   You're going to need to remain at an

5   authorized address, the authorized address, and if for

6   whatever reason you need to relocate, then you need approval

7   of the Court or at least Pretrial Services.

8                   Are you going to live with your mom, is that

9   the plan?

10                  THE DEFENDANT:  I believe so, yes.

11                  THE COURT:  So, you need to -- basically, for

12  whatever reason that situation has to change, then you need

13  to consult with Pretrial Services and not just move somewhere

14  else without prior permission.

15                  You need to refrain from any excessive use of

16  alcohol.  It is also -- there is not an appearance of any

17  substance abuse issues with you, but obviously you need to

18  not commit other state, local or federal crimes, which would

19  include possession or use of any illegal controlled

20  substances.  The defendant is staying at Jamesville?

21                  MARSHAL:  No, sir, Cayuga.

22                  THE COURT:  Can he be released from here?

23                  MARSHAL:  Yes.

24                  THE COURT:  Okay, thank you.  You will be --

25  you're going to have a curfew that will require you to be

1  home between 9 p.m. and 7 a.m.  If for whatever reason, your

2  job, that requires some variation in the schedule, we will

3  work that out through Pretrial Services.  Your curfew is

4  going to be monitored by electronic monitoring and you need

5  to make sure that you don't do anything to try to tamper or

6  interfere with that pretrial monitoring, and under certain

7  circumstances your finances allow you maybe to defray some of

8  the costs of electronic monitoring.  If you have any contact

9  with law enforcement, you need to report that within 72 hours

10  to Pretrial Services.  So, a stop for traffic ticket or any

11  contact with law enforcement, you need to report to Pretrial

12  Services.

13          Now, with respect to computers, you basically

14  are not going to be able to use any computer or access the

15  Internet except to the extent that computer has got a

16  monitoring program that is installed by the Probation Office.

17  We've talked about various alternatives.  I know your mom has

18  a computer in her home that she uses for business, and after

19  considering the various alternatives, we're going to require

20  that the monitoring software be put on that computer.  I also

21  understand that your brother is home for a couple of weeks on

22  school break.  You're not allowed to use your brother's

23  computer.  You're not allowed to go to the library to use a

24  computer.  Basically, you can not access the Internet except

25  on a computer which has this monitoring software on there.

1   All right?

2           Now, I understand you know computers and there

3   may be ways around some of these things, but trust me, you

4   know, if we have any whiff of the fact that you're trying to

5   defeat the monitoring software or using a computer elsewhere

6   or doing anything to circumvent the monitoring, then you're

7   going to have a problem with me.

8           You also shall not subscribe to any Internet

9   service without the approval of Pretrial Services.  So,

10  basically, to the extent -- I would suggest, frankly, you

11  stay off the Internet as much as possible, but to the extent

12  you use it, it's only on an approved computer and only with

13  the monitoring software.

14          You also need to avoid unsupervised contact

15  with any people under the age of 18.  And so your choice of

16  employment is going to be determined to some extent on

17  whether minors are going to be frequenting that place or

18  working at that place.  And you also shall not frequent

19  places where people under the age of 18 are likely to

20  congregate.  That would include schools, parks, video

21  arcades, that sort of thing.  The idea is to minimize

22  whatever risk there may be to minors that you would come in

23  contact with.

24          Do you understand all those conditions?

25          THE DEFENDANT:  Yes, I do.

1          THE COURT:  And you're prepared to abide by

2    them?

3          THE DEFENDANT:  Yes, I am.

4          THE COURT:  Trust me, I am deadly serious that

5    any deviations of any of these conditions, you're going to

6    find yourself back here and likely be back in jail.  I know

7    that you have family here.  I know this is a difficult and

8    uncomfortable thing for you, but you need to understand that

9    your son, if he is going to remain at liberty while these

10   charges are being addressed, is to comply with all these

11   conditions.  So I ask you to, notwithstanding the

12   difficulties involved, to help him make sure he abides by all

13   those conditions and not enable him in any way to violate

14   those conditions.

15          Do you have any questions?

16          THE DEFENDANT:  No, sir.

17          THE COURT:  So you're going to sign some

18   paperwork which shows the conditions of your release.  You'll

19   get a copy of that.  You're going to be released from here

20   and then you'll need to work with Pretrial Services to get

21   this monitoring set up at your mom's house so that can be

22   accomplished before the end of the day today.

23          Anything further?

24          MR. GREENWALD:  If the Court please, I've

25   explained to Mr. Renz his rights with regard to a preliminary

hearing, and after consultation we're prepared to waive a

preliminary hearing at this time.

THE COURT:  So, I will find that the defendant

has knowingly and voluntarily waived his right to a

preliminary hearing.  So, upon execution of the release

paperwork, the defendant may be released on the conditions

set forth.  Court is adjourned.

*              *              *

C E R T I F I C A T I O N


        I, EILEEN MCDONOUGH, RPR, CRR, Official Court
Reporter in and for the United States District Court,
Northern District of New York, DO HEREBY CERTIFY that I
attended the foregoing proceedings, took stenographic notes
of the same, and that the foregoing is a true and correct
transcript thereof.


                                        _____

                                        EILEEN MCDONOUGH, RPR, CRR
                                        Official U.S. Court Reporter