IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| vs. | 5:13-CR-0143 (NAM) |
| DAVID J. RENZ<br>           Defendant. | |

---

BASED ON THE JOINT STIPULATION AND THE FOLLOWING FINDINGS,

IT IS HEREBY ORDERED:

   A.   That a **120-day** period from **July 3, 2013**, to and including the **October 28, 2013**, shall be excludable in computing time under the Speedy Trial Act. Based on the stipulated facts and findings set forth herein, the Court finds, pursuant to 18 U.S.C. §3161(h)(8), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

   B.   Any pretrial motions in this case shall be filed on or before **September 15, 2013**.

   C.   Any change of plea shall be entered on or before **October 7, 2013**.

   D.   The Jury Trial will commence on **October 28, 2013, at 9:00 a.m.,** before Senior United States District Judge Norman A. Mordue in Syracuse, New York. **All pretrial papers are due on or before October 15, 2013.**

   IT IS SO ORDERED

Dated: July 8, 2013

                              _____
                              Honorable Norman A. Mordue
                              U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************

UNITED STATES OF AMERICA

v.

DAVID J. RENZ,

Defendant.

*******************************

Criminal Action No.
5:13-CR-143 (NAM)

STIPULATION FOR CONTINUANCE

James F. Greenwald, Esq., the attorney for David J. Renz having moved for a continuance of 120 days within which the parties may file motions and prepare for trial in the above-captioned action and Richard S. Hartunian, United States Attorney for the Northern District of New York (AUSA, Lisa M. Fletcher, appearing) having consented to the continuance and proposed the exclusion of the additional 120 day period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1. The prior proceedings in this case occurred as follows:

    a. Date of initial appearance or arraignment: Waived

    b. Date of indictment: March 28, 2013

    c. Defendant custody status: Detained

2. The parties stipulate and agree that the end of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial based upon factors put forth on the record during the status conference that took place in chambers on July 3, 2013, and the defendant's other pending charges. Accordingly, the requested time is necessary for effective preparation, taking into account the exercise of due diligence. (3161(h)(7)(B)(vi)).

3. The parties stipulate and agree that the time period from the date of this order, to and including October 28, 2013 shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

WE AFFIRM THE ACCURACY OF THE RECITED FACTS AND APPROVE OF AND CONSENT TO THE ENTRY OF THIS ORDER.

Richard S. Hartunian
United States Attorney

By: _____
Lisa M. Fletcher
Assistant U.S. Attorney
Bar Roll No. 510187

_____
James F. Greenwald, Esq.
Attorney for David J. Renz
Bar Roll No. 505672

2